■ MICHAEL OGNIBENE, Appellant, v JOHN WIDMER et al., Respondents. [632 NYS2d 915] —Order of the Appellate Term of the Supreme Court, First Judicial Department (Parness, J. P., Miller and McCooe, JJ.), entered September 14, 1993, which affirmed an order of the Civil Court, New York County (Marilyn Diamond, J.), entered October 10, 1991, unanimously affirmed for the reasons stated by the Appellate Term, without costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.

■ TRANSPORTATION INSURANCE COMPANY, Respondent, v HUGO NEU & SONS, INC., et al., Appellants. [632 NYS2d 916] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 7, 1995, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.